

**SO ORDERED.**

**Dated: May 20, 2014**

_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 E. Cactus Road Ste. 100
Scottsdale, AZ 85260
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE MATTER OF | Case No.: 2:12-bk-25294 |
| LARRY J. DAVIS, | |
| Debtors. | **ORDER FOR RELIEF FROM AUTOMATIC STAY** |
| SPRINGLEAF FINANCIAL SERVICES OF ARIZONA, INC., | |
| Plaintiff, | |
| vs. | |
| LARRY J. DAVIS, | |
| Debtors. | |

Springleaf Financial Services of Arizona, Inc. by and through its counsel, and Larry J. Davis, by and through his counsel having Stipulated for Relief from Stays and good cause appearing therefore:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Springleaf Financial Services, Inc. has as a valid lien on the property described as:

2006 Chevrolet Silverado VIN 3GCEC14X86G162697

-1-

2. That pursuant to Section 362 of the Bankruptcy Code, the stay or stays against lien enforcement, including the automatic stay of Section 362(a), are hereby vacated with respect to said property as property of the estate;

3. That pursuant to Section 362 of the Bankruptcy Code, the stay or stays against lien enforcement, including the automatic stay of Section 362(a), are hereby vacated with respect to said property as property of the Debtors.

DONE IN OPEN COURT this ___day of May, 2014.

_____
Judge of the United States Bankruptcy Court